**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LYNDON WINN CARTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cv- 01006** |
| | ) | **Judge Aleta A. Trauger** |
| **CITY OF BRENTWOOD, TENNESSEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Comprehensive Objections (Doc. No. 41) and Supplemental Objections (Doc. No. 42) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**, and the R&R (Doc. No. 40) is **ACCEPTED** in its entirety, except that the court will dismiss the case with prejudice, without leave to amend.

Accordingly, the defendant's Motion to Dismiss (Doc. No. 13) is **GRANTED**, and this case is dismissed **with prejudice**.

The plaintiff's Motion for Judicial Notice (Doc. No. 37) is **DENIED AS MOOT**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge